UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

HENRY T. LIGGINS,

    Plaintiff,

Case No. 1:19-cv-229

v.

Honorable Paul L. Maloney

PATRICK M. SHANNON,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: June 7, 2019            /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge